UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

KEITH HOSTON,            ) CV 05-01549-SH
                         )
    Plaintiff,           ) JUDGMENT
                         )
  v.                     )
                         )
JO ANNE B. BARNHART,     )
Commissioner, Social Security, )
Administration,          )
                         )
    Defendant.           )
_____)

    IT IS HEREBY ADJUDGED that the Commissioner's decision is affirmed, and plaintiff's Complaint is dismissed.

DATED: June 13, 2006

_____/S/_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE